*In re* ENRIQUE J. LAGO GIBERGA.

*Número:* TS-5149 *Resuelto:* 9 de marzo de 2001

*Roberto J. Sánchez Ramos, Procurador General, Rosa N. Russé García, Procuradora General Interina, y Cynthia Iglesias Quiñones, Procuradora General Auxiliar; Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías; Rafael M. Santiago Rosa,* abogado del peticionario; *Enrique J. Lago Giberga, pro se.*

## RESOLUCIÓN

Vista la Moción Solicitando Reinstalación al Ejercicio de la Abogacía presentada por Enrique J. Lago Giberga el 23 de marzo de 2000, a la luz del Informe del Procurador General de 30 de enero de 2001 y de los demás escritos sometidos, se autoriza la reinstalación de Lago Giberga al ejercicio de la abogacía, efectivo al día de hoy.

*Notifíquese por escrito y vía telefónica, y publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

*(Fdo.)* Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*